**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

**UNITED STATES OF AMERICA,**

v.  **Case No. 3:05-cr-230-J-99TEM**

**PEDRO LUGO-SEGURA**
_____/

### ORDER ACCEPTING PLEA AND SCHEDULING SENTENCING

Pursuant to the *Report and Recommendation* (Doc.#17) of the United States Magistrate Judge, to which objections have been waived, the plea of guilty of the defendant to Count One of the Information is now **ACCEPTED** and the defendant, **PEDRO LUGO-SEGURA**, is **ADJUDGED GUILTY of such offense.**

**IT IS FURTHERED ORDERED** that **SENTENCING** before the Honorable John H. Moore II, is hereby **scheduled** for 11:00 a.m., on Thursday, September 22, 2005, in Courtroom 12D, Twelfth Floor, United States Courthouse, 300 North Hogan Street, Jacksonville, Florida.

**DONE AND ORDERED** at Jacksonville, Florida this  26th  of July, 2005.

_____
JOHN H. MOORE II
United States District Judge

Copies to:    Assistant United States Attorney (Gallagher)
Roland Falcon, Defense Counsel
United States Marshal's Service
United States Probation
United States Pretrial
David Alvarez, Interpreter